## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )  CASE NO. 3:15-bk-10356-MCW
 )
PRESCOTT VALLEY EVENTS )  CH. 11 POST CONFIRMATION REPORT
CENTER, LLC, )
an Arizona limited liability company )  \_\_\_\_ QUARTERLY   X   FINAL
 )       (PLEASE CHECK)
 )
 )  QUARTER ENDING: 12/31/17
 )
            Debtor.            )  DATE PLAN CONFIRMED: 10/6/17
 )  EFFECTIVE DATE: 10/27/17

### SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:     $ 688,803.23

B. Disbursements not under the plan, for current quarter:      $   46,742.60

                          Total Disbursements     $  735,545.83

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

### PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

    *Subject to receiving the Deferred Plan Payments from the Town of Prescott Valley, all distributions under the Plan for this Debtor have been made or are anticipated to be made as proposed under the Plan.*

2. Please describe any factors which may materially affect your ability to obtain a final decree.

    *None.*

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

    *Plan Payments have begun.*

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ | $ | $ 90,000.00 |
| *[for the balance of the term of the Plan]* | | | |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ 164,337.71 | $ 164,337.71 | $ -0- |
| 4. Other Professionals | $ 4,000.00 | $ 4,000.00 | $ -0- |
| 5. All Expenses, Including Disbursing Agent's | $ -0- | $ -0- | $ 61,170.84 |
| *[includes expenses for October-December 2017]* | | | |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors (plus New Bonds) | $ 104,999.90 | $ 104,999.90 | $ -0- |
| 7. Priority Creditors | $ | $ | $ |
| 8. Unsecured Creditors | $ 415,465.62 | $ 415,465.62 | $ 11,114,627 |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $688,803.23 | $688,803.23 | $11,265,797.84 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    3.6    %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| Secured Creditors | Cash Consideration, Plus Assignment of New Bonds |
| Priority Creditors | |
| Unsecured Creditors | Cash Distributions |
| Equity Security Holders | Retained Equity Interests |

Other Transfers- Specify class of Transferee

_____    _____
_____    _____

2

## CONSUMMATION OF PLAN:

**If this is a final report, has an application for Final Decree been submitted?**

__X__  Yes  Date application was submitted?  12/29/17

_____  No   Date when application will be submitted

**Estimated Date of Final Payment Under Plan:**

April 2037.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED: _____  DATE: 1/18/18

**Brad Fain**
**Plan Agent**